**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GINKGO LLC, | ) | 3:17-cv-00369-HDM-VPC |
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| JOHN L. KIM, | ) | |
| Respondent. | ) | |

Pursuant to the stipulation of the parties (ECF No. 32), this action is hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: This 21st day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE